Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff, CHARLES HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES HERNANDEZ, | Case No.: 2:09-cv-02216-MHB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ER SOLUTIONS, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, CHARLES HERNANDEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 26, 2010        KROHN & MOSS, LTD.


By: /s/ Ryan Lee           _

Ryan Lee
Attorney for Plaintiff

- 1 -